IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN KEITH FORSHEE,

    Plaintiff,

v.

DENNIS BRIGHTWELL, LYNN MASKEL,
SARAH KOWALSKI and
MARK TWOMBLY,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-152-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing Lynn Maskel without prejudice, granting summary judgment in favor of Dennis Brightwell, Sarah Kowalski and Mark Twombly and dismissing this case.

_____
Peter Oppeneer, Clerk of Court

MAR 27 2013
_____
Date