## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN KEITH FORSHEE,

      Plaintiff,

v.

DENNIS BRIGHTWELL, LYNN MASKEL,
SARAH KOWALSKI and
MARK TWOMBLY,

      Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-152-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing Lynn Maskel without prejudice, granting summary judgment in favor of Dennis Brightwell, Sarah Kowalski and Mark Twombly and dismissing this case.

_Peter Oppeneer_                         MAR 27 2013

Peter Oppeneer, Clerk of Court                         Date